NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARMEN GUZMAN-MUELLING,**
*Petitioner,*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2012-3124

---

Petition for review of an arbitrator's decision in No. CH-2010-R-0005 by Leland V. Meader.

---

**JUDGMENT**

---

JAMES W. RICHARD, II, Associate General Counsel, American Federation of Government Employees, of Baltimore, Maryland, argued for petitioner.

Elizabeth Anne Speak, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, KIRK T. MANHARDT, Assistant Director, and MATTHEW F. SCARLATO, Trial Attorney.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 21, 2013                    /s/ Daniel E. O'Toole
     Date                              Daniel E. O'Toole
                                          Clerk